FILED
2014 Dec-19 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In the Matter of:                       }
                                        }
                                        }
                                        }
Carl D. O'Neal                          }    Case No. 13-83224-JAC-13
SSN: XXX-XX-9429                        }
                                        }    Chapter 13
                                        }
                                        }
                                        }
            Debtor(s)                   }
                                        }

## ORDER

This matter came before the court without a hearing on the following:

Debtor's Motion to Strike Withdrawal of Claim #5 filed by Weinstein, Pinson & Riley, P.S.

The Court considered the pleading.

It is therefore ORDERED, ADJUDGED and DECREED that:

The Debtor's Motion to Strike Withdrawal of Claim #5 filed by Weinstein, Pinson & Riley, P.S. is hereby GRANTED.

Dated:  November 21, 2014

/s/  Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge

# Notice Recipients

| District/Off: 1126−8 | User: dhamlin | Date Created: 11/21/2014 |
|---|---|---|
| Case: 13−83224−JAC13 | Form ID: pdf000 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Michael Ford | ecf@ch13decatur.com |
| aty | David Lee Jones | rlhjmr@bellsouth.net |
| aty | Ronald C Sykstus | kmiddlebrooks@bondnbotes.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Carl D. O'Neal | 1305 Co Rd 30 | Scottsboro, AL 35768 | | |
| cr | Farmers Furniture | Attn Corporate Credit | PO Box 1140 | Dublin, GA 31040−1140 | |
| cr | 1st Franklin Financial Corporation, a corporation | | c/o David Lee Jones | PO Box 940 | Guntersville, AL 35976 |
| cr | Altair OH XIII, LLC, | c/o Weinstein, Pinson & Riley, P.S. | 2001 Western Ave, Suite 400 | Seattle, WA 98121 | |
| 8128553 | ALTAIR OH XIII, LLC | C O WEINSTEIN,PINSON AND RILEY, PS | attn Max Zaleski | 2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 |

TOTAL: 5